# Court of Appeals
# of the State of Georgia

ATLANTA, __May 09, 2023__

*The Court of Appeals hereby passes the following order:*

**A23A0960. ELISSCO WASSON-SMITH v. THE STATE.**

In 2020, Elissco Wasson-Smith pled guilty to the offense of failing to register as a sex offender, and was sentenced to seven years of probation. The State subsequently filed a petition to revoke his probation, alleging that he violated its terms by committing new offenses. After a hearing, the court revoked the balance of his probation. Wasson-Smith filed a motion to vacate the probation revocation order. The trial court dismissed the motion, and Wasson-Smith filed this direct appeal. We lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269, n. 2 (745 SE2d 1) (2013). And where a discretionary application is required, failure to comply with that requirement deprives this Court of jurisdiction. See *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*___05/09/2023_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*